# EXHIBIT C

| **Patent No. 11,664,123** | |
|---|---|
| **CLAIM** | **Apple Watch Series 10** |
| **Claim 1**: A wearable activity device, wherein the wearable activity device is comprised of: | - The Apple Watch Series 10 acts as an wearable activity device by allowing activity data and heart rate data to be captured when a person is using the Apple Watch Series 10 during an exercise session:  https://support.apple.com/guide/watch/track-daily-activity-with-apple-watch-apd3bf6d85a6/watchos <br> - "*The Activity app on your Apple Watch keeps track of your movement throughout the day and encourages you to meet your fitness goals. **The app tracks how often you stand, how much you move, and how many minutes of exercise you do**.*" <br><br>  |
| A display device; | - The Apple Watch Series 10 has a display device integrated as part of the Apple Watch Series 10 designs where the display shows information related to the exercise that is being tracked by the Apple Watch Series 10. <br><br>  |
| at least one of an accelerometer configured to track activity and an embedded bio-metric monitoring sensor; | - The Apple Watch Series 10 contains an accelerometer configured to track activity of the person using the Apple Watch Series 10 and an embedded heart rate sensor (bio-metric monitoring sensor).  Below are pictures showing a tear down of an Apple Watch Series 10 with a digital 3D accelerometer and the embedded heart rate sensor: <br><br> https://support.apple.com/en-us/121202 <br><br> **Sensors** <br> Electrical heart sensor <br> Third-generation optical heart sensor <br> Blood oxygen sensor[1] <br> Temperature sensor[2] <br> Compass <br> Always-on altimeter <br> High-g accelerometer <br> High dynamic range gyroscope <br> Ambient light sensor <br> Depth gauge <br> Water temperature sensor <br><br> Band release button <br> Electrical heart sensor <br> Speaker/air vents <br> Blood oxygen sensor and optical heart sensor <br> Band release button <br><br> https://support.apple.com/guide/watch/apple-watch-models-apd2054d0d5b/26/watchos/26#apd87a980dfb |

| | |
|---|---|
| wireless communication circuitry, wherein the wireless communication circuitry is configured to establish a wireless communications link with a mobile device; | - The Apple Watch Series 10 product has wireless communication circuitry configured for **wireless communication with the Apple iPhone (a mobile device).** The following Apple Developer link shows that the Apple Watch Series 10 and the Apple iPhone support two way wireless communication between both devices: https://support.apple.com/en-us/HT204562#:~:text=Your%20Apple%20Watch%20uses%20Wi,the%20most%20power%2Defficient%20connection.  |
| at least one processor with software, wherein the processor is associated with a memory device and wherein the processor is in signal communication with the display device and the wireless communication circuitry; | - The Apple Watch Series 10 includes **memory associated with a processor** known as the System in Package (SiP) which manages all software functions of the Apple Watch Series 10: https://support.apple.com/en-us/121202 <table><tr><td>Chip</td><td>S10 SiP with 64-bit dual core processor<br>4-core Neural Engine<br>64GB capacity</td></tr></table> |
| the memory device, wherein the memory device is configured to store wireless pairing information associated with the wireless communication circuitry; | - The Apple Watch Series 10 memory device is configured to store the wireless pairing information (Wifi and Bluetooth pairing information) related to the Apple Watch Series 10 wireless communication circuitry: https://support.apple.com/guide/security/system-security-for-watchos-secc7d85209d/web "***Apple Watch Series 10 implements hardware-encrypted storage and class-based protection of files and keychain items***. *Access-controlled keybags for keychain items are also used. Keys used to communicate between Apple Watch Series 10 and iPhone are also secured using class-based protection. For more information, see Keybags for Data Protection.*" |
| wherein the processor software is configured to; | |
| obtain, from the memory device, the wireless pairing information associated with the wireless communication circuitry, generate a color coded digital scannable media responsive to the wireless pairing information, | - The Apple Watch Series 10 processor obtains the wireless pairing information from the Apple Watch Series 10 memory and generates a color coded digital scannable media which contains the wireless pairing information associated with the Apple Watch Series 10. |
| control the display device, wherein the display device is configured to display the color coded digital scannable media, | |
| establish, via the wireless communication circuitry, the wireless communications link with the mobile device responsive to the mobile device scanning and decoding the color coded displayed digital scannable media, | - The Apple Watch Series 10 processor controls the Apple Watch Series 10 display, displays the color coded digital scannable media and establishes a wireless communication link via the wireless communication circuitry, with the mobile device responsive to the mobile device scanning and decoding the color coded displayed digital scannable media. See below: |



**How To Set Up The Apple Watch Series 10 With iPhone (Basics)**

generate at least one of activity tracking information and bio-metric information, and communicate, via the wireless communications link, at least one of the activity tracking information and the bio-metric information to the mobile device.

- The following YouTube video shows how the Apple Watch Series 10 displays a color coded digital scannable media which allows a iPhone to wireless connect to the Apple Watch Series 10 via Bluetooth when the iPhone scans the color coded digital scannable media. The 40 second mark in the video starts the explanation: https://www.youtube.com/watch?v=wBwiVa5ok9s

- The Apple Watch Series 10 software is configured to obtain data from the accelerometer sensor that is disposed within the Apple Watch Series 10 and generates activity tracking data responsive to the accelerometer data (step data, distance data).

- The Apple Watch Series 10 software is also configured to obtain heart rate sensor data and generate bio-metric information such as heart rate data.

- The Apple Watch Series 10 communicates the activity data and the heart rate data to the paired iPhone/mobile device.



I wouldn't be without an Apple Watch to keep me motivated to move and accountable

(Image credit: Future)

https://www.womanandhome.com/health-wellbeing/apple-watch-series-10-review/

| | |
|---|---|
| **Claim 2**: The wearable activity device of claim 1, wherein the wearable activity device is at least one of a smartwatch device and a wearable health monitoring device. | - The Apple Watch Series 10 is a wearable activity device and a wearable health monitoring device as described above and also seen by the market as a 'smartwatch' device as seen in the following link: *https://www.theverge.com/2024/9/9/24236801/apple-watch-series-10-price-specs-features-release-date*<br><br>/ The Apple Watch Series 10 is the latest addition to the company's smartwatch line, featuring a larger screen than the Apple Watch Ultra. |
| **Claim 3**: The wearable activity device of claim 1, wherein the wireless communication circuitry is further configured to establish at least one of a near field communications link, a wide area network communications link, and a personal area network communications link with the mobile device. | - The Apple Watch Series 10 establishes a personal area network communications link with a paired iPhone (via Bluetooth and WiFi) as described above. |
| **Claim 4**: The wearable activity device of claim 1, wherein the mobile device is at least one of a smartphone and a tablet device. | - The Apple Watch Series 10 communicates with the Apple line of mobile devices, the iPhone, which is a smartphone device. |
| **Claim 9**: The wearable activity device of claim 1, wherein the color coded digital scannable media includes at least one of a QR code, a 2D Matrix code, a 3D barcode, a representation of non-human readable information using colored pixels, an augmented reality marker, an augmented reality image, and an augmented reality code. | - The Apple Watch Series 10 displays a particle cloud image which is a representation of non-human readable information using colored pixels.  See the following YouTube video link showing the Apple Watch Series 10 displaying the non-human readable information:  https://www.youtube.com/watch?v=wBwiVa5ok9s |
| **Claim 10**: The wearable activity device of claim 1, wherein the display device is at least one of a touchscreen display, a LED display and a LCD display. | - The Apple Watch Series 10 display is a touchscreen display and also a LED display (and OLED display), the LTPO3 OLED Always-On Retina display:  https://support.apple.com/en-us/121202<br><br>**Display**<br>LTPO3 OLED Always-On Retina display<br>Wide-angle OLED<br>Up to 40% brighter when viewed at an angle<br>Edge-to-edge display<br>Ion-X front glass (aluminum cases)<br>Sapphire front crystal (titanium cases)<br>Up to 2000 nits maximun brightness<br>1 nit minimum brightness<br>326 pixels per inch |
| **Claim 11**: A method for establishing a communications link between a wearable activity device and a mobile device, the method comprising: | - Apple sells devices (the iPhone and the Apple Watch Series 10) which together enable purchasers of the iPhone and Apple Watch Series 10 to perform the method of establishing a communications link between a wearable activity tracking device and a mobile device.<br><br><br>**How to pair and set up Apple Watch Series 10 with iPhone**<br>https://www.youtube.com/watch?v=61gNYJ66OVY |
| storing, by a memory device associated with the wearable activity device, wireless pairing information associated with wireless communication circuitry disposed within the wearable activity device, | - The Apple Watch Series 10 memory device is configured to store the wireless pairing information (Wifi and Bluetooth pairing information) related to the Apple Watch Series 10 wireless communication circuitry:<br>https://support.apple.com/guide/security/system-security-for-watchos-secc7d85209d/web<br><br>- "***Apple Watch implements hardware-encrypted storage and class-based protection of files and keychain items***. *Access-controlled keybags for keychain items are also used. Keys used to communicate between Apple Watch Series 10 and iPhone are also secured using class-based protection. For more information, see Keybags for Data Protection.*" |

| | |
|---|---|
| receiving, by a processor associated with the wearable activity device, the wireless pairing information associated with the wireless communication circuitry from the memory device, | - The Apple Watch Series 10 includes **memory associated with a processor** known as the System in Package (SiP) which manages all software functions of the Apple Watch Series 10: <br><br> - The following link from Apple Support explains how the Apple iPhone processes the information obtained from the Apple Watch Series 10 displayed 'particle cloud' [color coded digital scannable media] and establishes a wireless communications link with the Apple Watch Series 10: https://support.apple.com/guide/security/system-security-for-watchos-secc7d85209d/web <br><br> - "*Pairing Apple Watch with iPhone is secured using an out-of-band process to exchange public keys, followed by the Bluetooth® Low Energy (BLE) link shared secret. Apple Watch Series displays an animated pattern, which is captured by the camera on iPhone. The pattern contains an encoded secret that's used for BLE 4.1 __out-of-band pairing__. Standard BLE Passkey Entry is used as a fallback pairing method, if necessary*." <br><br>  |
| generating, by the processor associated with the wearable activity device, a color coded digital scannable media responsive to the wireless pairing information, <br><br> displaying, by a display device associated with the wearable activity device, the color coded digital scannable media, | - The Apple Watch Series 10 processor generates and displays a color coded digital scannable media responsive to the wireless pairing information as seen below : |
| scanning, by the mobile device, the color coded digital scannable media, | - The Apple iPhone 'Watch' software application provides a user interface that lets the iPhone user scan the color coded digital scannable media [the 'Particle Cloud'] displayed by the user's Apple Watch Series 10: <br><br>  |
| processing, by the mobile device, the color coded digital scannable media, and | - The Apple iPhone processes the wireless pairing information the iPhone obtains from the Apple Watch Series 10 displayed color coded digital scannable media and establishes a wireless (Bluetooth and/or WiFi) communications link with the Apple Watch Series 10 (the external wearable activity tracking device): |
| establishing, by the mobile device, a wireless communications link with the wearable activity device responsive to the mobile device processing the color coded digital scannable media, | - The following link from Apple Support explains how the Apple iPhone processes the information obtained from the Apple Watch Series 10 displayed 'particle cloud' and establishes a wireless communications link with the Apple Watch Series 10: https://support.apple.com/guide/security/system-security-for-watchos-secc7d85209d/web <br><br> - "*Pairing Apple Watch Series 10 with iPhone is secured using an out-of-band process to exchange public keys, followed by the Bluetooth® Low Energy (BLE) link shared secret. Apple Watch Series 10 displays an animated pattern, which is captured by the camera on iPhone. The pattern contains an encoded secret that's used for BLE 4.1 out-of-band pairing. Standard BLE Passkey Entry is used as a fallback pairing method, if necessary*." |

| | |
|---|---|
| | **Secure pairing with iPhone**<br><br>Apple Watch can be paired with only one iPhone at a time. When Apple Watch is unpaired, iPhone communicates instructions to erase all content and settings from the watch.<br><br>Pairing Apple Watch with iPhone is secured using an out-of-band process to exchange public keys, followed by the Bluetooth® Low Energy (BLE) link shared secret. Apple Watch displays an animated pattern, which is captured by the camera on iPhone. The pattern contains an encoded secret that's used for BLE 4.1 out-of-band pairing. Standard BLE Passkey Entry is used as a fallback pairing method, if necessary. |
| generating, by the wearable activity device processor, at least one of activity information and bio-metric information, wherein the at least one of the activity information and bio-metric information is stored in the memory device associated with the wearable activity device, and<br><br>communicating, via the wireless communications link by the wearable activity device, at least one of the activity tracking information and the bio-metric information to the mobile device. | - The Apple Watch Series 10 sends both activity information (example: the Apple Watch Series 10 user's step data) and bio-metric information (example: the Apple Watch Series 10 user's heart rate information). The picture below shows an example of how the iPhone receives the step information and heart rate information and displays this information from the paired Apple Watch Series 10:.<br><br><br><br>I wouldn't be without an Apple Watch to keep me motivated to move and accountable<br>(Image credit: Future) |
| **Claim 12:** The method of claim 11, wherein the wearable activity device is at least one of a smartwatch device and a wearable health monitoring device. | - The Apple Watch Series 10 is a wearable activity device and a wearable health monitoring device as described above and also seen by the market as a 'smartwatch' device as seen in the following link: *https://www.theverge.com/2024/9/9/24236801/apple-watch-series-10-price-specs-features-release-date*<br><br>/ The Apple Watch Series 10 is the latest addition to the company's smartwatch line, featuring a larger screen than the Apple Watch Ultra. |
| **Claim 13:** The method of claim 11, wherein the wireless communication circuitry is further configured to establish at least one of a near field communications link, a wide area network communications link, and a personal area network communications link with the mobile device. | - The Apple Watch Series 10 (a wearable activity tracking device) has communication circuitry that is configured to establish both a personal area network (PAN) communications link using BlueTooth with a paired Apple iPhone (a mobile devie) and a wide area network (WAN) communications link using Wi-Fi with a paired Apple iPhone. The following Apple Support web link shows how the Apple Watch Series 10 will support either a BlueTooth or Wi-Fi based on power efficiency: https://support.apple.com/en-us/109319<br><br>**About Bluetooth, Wi-Fi, and cellular on your Apple Watch**<br><br>Learn about Bluetooth and Wi-Fi for your Apple Watch and how your watch uses both. And learn how cellular on GPS + Cellular models fits in.<br><br>To enjoy every feature on your Apple Watch, you need to turn on Wi-Fi and Bluetooth on your paired iPhone. Open Control Center on your iPhone, then make sure that Wi-Fi 🔵 and Bluetooth 🔵 are on.<br><br>Your Apple Watch uses Wi-Fi and Bluetooth to communicate with your paired iPhone. If you have cellular, your watch can also stay connected through a cellular network. Your watch switches between these intelligently to choose the most power-efficient connection. Here's how:<br><br>• Your Apple Watch uses Bluetooth when your iPhone is near, which conserves power.<br>• If Bluetooth isn't available, your Apple Watch will try to use Wi-Fi. For example, if compatible Wi-Fi is available and your iPhone isn't in Bluetooth range, your Apple Watch uses Wi-Fi.<br>• If Bluetooth and Wi-Fi aren't available, and you set up a cellular plan, cellular models of Apple Watch can connect to cellular networks. |
| **Claim 14:** The method of claim 11, wherein the mobile device is at least one of a smartphone and a tablet device. | - The Apple iPhone (mobile device) series is a smartphone device as advertised by Apple: https://www.apple.com/iphone/ |
| **Claim 19:** The method of claim 11, wherein the digital scannable media is at least one of a QR code, a 2D Matrix code, a 3D barcode, a representation of non-human readable information using colored pixels, a augmented reality marker, a augmented | - The Apple Watch Series 10 displays a particle cloud image which is a representation of non-human readable information using colored pixels. See the following YouTube video link showing the Apple Watch Series 10 displaying the non-human readable information: https://www.youtube.com/watch?v=wBwiVa5ok9s |

| | |
|---|---|
| reality image, and a augmented reality code. | |
| **Claim 20:** The method of claim 11, wherein the display device is at least one of a touchscreen display, a LED display and a LCD display. | - The Apple Watch Series 10 display is a touchscreen display and also a LED display (and OLED display), the LTPO3 OLED Always-On Retina display: https://support.apple.com/en-us/121202 <br><br> **Display**    Always-On Retina display with wide-angle OLEDs and LTPO3 <br> Ion-X front glass with 2x scratch resistance (aluminum cases)[8] <br> Sapphire front crystal (titanium cases) <br> Up to 2000 nits peak brightness <br> 1 nit minimum brightness <br> 326 pixels per inch |