# EXHIBIT D

| Patent No. 12,230,394 | |
|---|---|
| **CLAIM** | **Apple iPhone 16** |
| **Claim 1**: A mobile device, wherein the mobile device is comprised of:<br><br>at least one camera sensor, included within the mobile device; | - The Apple iPhone 16 ("iPhone 16") is a mobile device and has one or more camera sensors included withing the iPhone.<br><br> |
| at least one processor in signal communication with the at least one camera sensor;<br>a display in signal communication with the at least one processor; | - The iPhone 16 has at least one processor (iPhone 16 uses the Apple designed <u>A-series microprocessors</u>: https://en.wikipedia.org/wiki/Apple_silicon) in signal communication with the camera sensors that are integrated into the iPhone.  The iPhone 16 has a touch screen <u>display</u> which is in communication with the main processor chip.<br><br><br><br>https://www.youtube.com/watch?v=8qPQ6E6ywvs |
| communication circuitry configured for wireless communication with an external wearable activity tracking device; | - The iPhone 16 uses Bluetooth 5.3 communications with the Apple Watch (an external wearable activity tracking device) as seen in the following Apple Support video link:  https://www.youtube.com/watch?v=NGa0-VsyuEc<br><br><br><br>- The iPhone 16 product has wireless communication circuitry configured for **wireless communication with the Apple Watch (an external wearable activity tracking device).**  The following Apple Developer link shows that the Apple Watch and the iPhone 16 support two way wireless communication between both devices:  https://support.apple.com/en-us/HT204562#:~:text=Your%20Apple%20Watch%20uses%20Wi,the%20most%20power%2Defficient%20connection.<br><br>**About Bluetooth, Wi-Fi, and cellular on your Apple Watch**<br>Learn about Bluetooth and Wi-Fi for your Apple Watch and how your watch uses both. And learn how cellular on GPS + Cellular models fits in.<br>To enjoy every feature on your Apple Watch, you need to turn on Wi-Fi and Bluetooth on your paired iPhone. Open Control Center on your iPhone, then make sure that Wi-Fi and Bluetooth are on.<br>Your Apple Watch uses Wi-Fi and Bluetooth to communicate with your paired iPhone. If you have cellular, your watch can also stay connected through a cellular network. Your watch switches between these intelligently to choose the most power-efficient connection. Here's how:<br>• Your Apple Watch uses Bluetooth when your iPhone is near, which conserves power.<br>• If Bluetooth isn't available, your Apple Watch will try to use Wi-Fi. For example, if compatible Wi-Fi is available and your iPhone isn't in Bluetooth range, your Apple Watch uses Wi-Fi.<br>• If Bluetooth and Wi-Fi aren't available, and you set up a cellular plan, cellular models of Apple Watch can connect to cellular networks. |

| | |
|---|---|
| memory, included within the mobile device, associated with one or more processors and configured to store software instructions, which, when executed by the one or more processors, cause the one or more processors to perform operations comprising; | - The iPhone 16 onboard memory is a fixed, solid-state NAND flash storage chip, soldered to the logic board, that stores the operating system, apps, and user data.  The iPhone 16's **processors (A-series SoC)** execute **software instructions** stored in its **onboard memory (NAND + RAM)**, to perform such operations as facilitating the wireless pairing of the Apple Watch to the iPhone 16.<br><br><br><br>https://www.ifixit.com/Guide/iPhone+16+Chip+ID/177222 |
| Generate, via the mobile device processor, an optical scanning user interface on the mobile device display; | - The iPhone 16 A-Series SoC processor generates an optical scanning user interface on the mobile device which is used for detecting a Apple Watch screen to capture the wireless pairing information required to facilitate bi-directional wireless communication between the iPhone and the Apple Watch.<br><br><br><br>https://www.youtube.com/watch?v=NGa0-VsyuEc |
| Detect, via the at least one mobile device camera sensor and the optical scanning user interface, a color coded digital scannable media from a display included within the external wearable activity tracking device, wherein the color coded digital scannable media contains wireless pairing information associated with the external wearable activity tracking device; | - The iPhone 16 uses its camera sensors and generates an optical scanning user interface to detect a color coded digital scannable media from the Apple Watch display (the external wearable activity tracking device).  The color coded digital scannable media contains wireless pairing information associated with the Apple Watch, which when detected by the iPhone 16 will result in a wireless communication link between the iPhone 16 and the Apple Watch:<br><br><br><br>https://www.youtube.com/watch?v=NGa0-VsyuEc |
| Optically obtain, via the at least one mobile device camera sensor, the wireless pairing information from the color coded digital scannable media; | - The iPhone 16 optically obtains wireless pairing information from the color coded digital scannable media that is displayed by the Apple Watch.  Refer to this following Apple Support web page link (https://support.apple.com/en-us/109015)  which shows at #3 how to use the iPhone 16 to capture wireless pairing information: |



| | |
|---|---|
| Process, via the at least one mobile device processor, the wireless pairing information; | - The iPhone 16 processes the wireless pairing information the iPhone 16 obtains from the Apple Watch displayed color coded digital scannable media (the Apple Watch displayed 'particle cloud') and establishes a wireless (Bluetooth and/or WiFi) communications link with the Apple Watch (the external wearable activity tracking device): |
| Establish, via the at least one mobile device processor, a wireless communications link with the external wearable activity tracking device responsive to the processing of the wireless pairing information; | - The following link from Apple Support explains how the iPhone 16 processes the information obtained from the Apple Watch displayed 'particle cloud' and establishes a wireless communications link with the Apple Watch: https://support.apple.com/guide/security/system-security-for-watchos-secc7d85209d/web <br><br> - "*Pairing Apple Watch with iPhone is secured using an out-of-band process to exchange public keys, followed by the Bluetooth® Low Energy (BLE) link shared secret. Apple Watch displays an animated pattern, which is captured by the camera on iPhone. The pattern contains an encoded secret that's **used for BLE 4.1(or higher) out-of-band pairing**. Standard BLE Passkey Entry is used as a fallback pairing method, if necessary.*" <br><br>  |
| Receive, via the wireless communications link, at least one of activity related information and bio-metric information generated by the external wearable activity monitoring device; <br><br> Display, via the mobile device display, at least one of the activity related information and the bio-metric information. | - The iPhone 16 receives both activity information (the Apple Watch user's step data) and bio-metric information (the Apple Watch user's heart rate information). The picture below shows an example of how the iPhone 16 receives the step information and heart rate information and displays this information <br><br>  |
| **Claim 2**: The mobile device of claim 1, wherein the mobile device is at least one of a smartphone device and a tablet device. | - The Apple iPhone 16 series is a smartphone device as advertised by Apple: https://www.apple.com/iphone/ |
| **Claim 3**: The mobile device of claim 1, wherein the wireless communications link is a two-way wireless communications link. | - The wireless communications link is a two-way wireless communication link, where the iPhone 16 sends information to the Apple Watch (such as software settings and heart notification settings) and also receives information from the Apple Watch such as user activity information (steps performed, heart rate information, calories burned information). The following Apple Developer link explains how the Apple frameworks supports two-way communication: https://developer.apple.com/documentation/watchconnectivity |

| | |
|---|---|
| **Claim 5**:  The mobile device of claim 1, wherein the color coded digital scannable media includes at least one of a QR code, a 2D Matrix code, a 3D barcode, a representation of non-human readable information using colored pixels, a augmented reality marker, a augmented reality image, and a augmented reality code. | - The iPhone 16 detects a representation of non-human readable information with colored pixels when it detects the Apple Watch 'particle cloud'.  The 'particle cloud' is a representation of non-human readable information which uses colored pixels.  The Apple Watch displays a particle cloud image which is a representation of non-human readable information using colored pixels.  See the following YouTube video link showing the Apple Watch displaying the non-human readable information: https://www.youtube.com/watch?v=wBwiVa5ok9s |
| **Claim 6:**  The mobile device of claim 1, wherein the activity related information is generated by the external wearable activity tracking device from an accelerometer included within the external wearable activity tracking device. | - The Apple Watch (wearable activity tracking device) generates activity information from an accelerometer that is included within the Apple Watch.  Refer to the following Apple Support website link which states:  *"If you need both hands while walking, for example to push a stroller, you can still earn Exercise credit with the Workout app. Open the app on your Apple Watch and tap Outdoor Walk. **The Activity app relies on arm motion and an accelerometer to track movement**, but the Workout app can use the accelerometer, the heart rate sensor, and GPS."*  https://support.apple.com/en-us/105002

**Get the most accurate measurements using your Apple Watch**

Your Apple Watch uses the personal information that you provide to help calculate metrics for your daily activity. You can further improve its accuracy using these tips. |
| **Claim 7**:  The mobile device of claim 1, wherein the bio-metric information is generated by the external wearable activity tracking device from at least one of a blood pressure sensor, a heart rate sensor, a blood glucose sensor, a body fat sensor, and a temperature within the external wearable activity tracking device. | - The Apple Watch (wearable activity tracking device) generates activity information from an accelerometer that is included within the Apple Watch.  Refer to the following Apple Support website link which states:  *"If you need both hands while walking, for example to push a stroller, you can still earn Exercise credit with the Workout app. Open the app on your Apple Watch and tap Outdoor Walk. The Activity app relies on arm motion and an accelerometer to track movement, **but the Workout app can use the accelerometer, the heart rate sensor**, and GPS."*  https://support.apple.com/en-us/105002

If you need both hands while walking, for example to push a stroller, you can still earn Exercise credit with the Workout app. Open the app on your Apple Watch and tap Outdoor Walk. The Activity app relies on arm motion and an accelerometer to track movement, but the Workout app can use the accelerometer, the heart rate sensor, and GPS. |
| **Claim 8**:  The mobile device of claim 1, wherein the communication circuitry is further configured to establish at least one of a near field communications link, a wide area network communications link, and a personal area network communications link with the external wearable activity tracking device. | - The Apple Phone (a mobile device) has communication circuitry that is configured to establish both a personal area network (PAN) communications link using BlueTooth with a paired Apple Watch (external activity wearable tracking device) and a wide area network (WAN) communications link using Wi-Fi with a paired Apple Watch.  The following Apple Support web link shows how the Apple iPhone 16 will support either a BlueTooth or Wi-Fi based on power efficiency: https://support.apple.com/en-us/109319

 |
| **Claim 11**:  A system for establishing a wireless communications link between a wearable activity tracking device and a mobile device, the system comprised of: | - Apple sells devices (e.g., the iPhone 16 and the Apple Watch Series 10) which forms a system which creates a wireless communications link between a wearable activity tracking device (Apple Watch Series 10) and a mobile device (iPhone 16). |
| The wearable activity tracking device, wherein the wearable activity tracking device is comprised of;

A display device; | - The Apple Watch Series 10 has a display device integrated as part of the Apple Watch Series 10's design, where the display shows information related to the exercise that is being tracked by the Apple Watch Series 10. |



| | |
|---|---|
| At least one of an activity tracking capability and an embedded bio-metric monitoring sensor associated with the wearable activity tracking device; | - The Apple Watch Series 10 contains an accelerometer (activity tracking capability) configured to track activity of the person using the Apple Watch Series 10 and an embedded heart rate sensor (bio-metric monitoring sensor). Below are pictures showing a tear down of an Apple Watch with a digital 3D accelerometer and the embedded heart rate sensor:<br><br>https://support.apple.com/en-us/121202<br><br><br><br><br><br>https://support.apple.com/guide/watch/apple-watch-models-apd2054d0d5b/26/watchos/26#apd87a980dfb |
| Wireless communication circuitry, wherein the wireless communication circuitry is configured to establish a wireless communications link with the mobile device; | - The Apple Watch Series 10 product has wireless communication circuitry configured for **wireless communication with the Apple iPhone (a mobile device).** The following Apple Developer link shows that the Apple Watch Series 10 and the Apple iPhone support two way wireless communication between both devices: https://support.apple.com/en-us/HT204562#:~:text=Your%20Apple%20Watch%20uses%20Wi,the%20most%20power%2Defficient%20connection.<br><br> |
| at least one processor with software, wherein the at least one processor is associated with a memory device and wherein the at least one processor is in signal communication with the display device and the wireless communication circuitry; | - The Apple Watch Series 10 includes **memory associated with a processor** known as the System in Package (SiP) which manages all software functions of the Apple Watch Series 10: https://www.inverse.com/article/49557-apple-watch-series-4-performs-like-iphone-6s#targetText=The%20S4%20chip%20is%20a,work%20into%20a%20single%20package. |

| Chip | S10 SiP with 64-bit dual core processor |
| --- | --- |
| | 4-core Neural Engine |
| | 64GB capacity |

| | |
| --- | --- |
| the memory device, wherein the memory device is configured to store wireless pairing information associated with the wireless communication circuitry; | - The Apple Watch Series 10 memory device is configured to store the wireless pairing information (Wifi and Bluetooth pairing information) related to the Apple Watch wireless communication circuitry:  https://support.apple.com/guide/security/system-security-for-watchos-secc7d85209d/web<br>"***Apple Watch implements hardware-encrypted storage and class-based protection of files and keychain items****. Access-controlled keybags for keychain items are also used. Keys used to communicate between Apple Watch and iPhone are also secured using class-based protection. For more information, see Keybags for Data Protection.*"<br><br>**Secure pairing with iPhone**<br>Apple Watch can be paired with only one iPhone at a time. When Apple Watch is unpaired, iPhone communicates instructions to erase all content and settings from the watch.<br>Pairing Apple Watch with iPhone is secured using an out-of-band process to exchange public keys, followed by the Bluetooth® Low Energy (BLE) link shared secret. Apple Watch displays an animated pattern, which is captured by the camera on iPhone. The pattern contains an encoded secret that's used for BLE 4.1 out-of-band pairing. Standard BLE Passkey Entry is used as a fallback pairing method, if necessary. |
| wherein the at least one processor software is configured to; | - The Apple Watch Series 10 processor obtains the wireless pairing information and generates a color coded digital scannable media which contains the wireless pairing information associated with the Apple Watch. |
| obtain, from the memory device, the wireless pairing information associated with the wireless communication circuitry; | - The Apple Watch Series 10 processor controls the Apple Watch Series 10 display and displays the color coded digital scannable media as seen below: |
| generate a color coded digital scannable media image responsive to the wireless pairing information; | |
| control the display device, wherein the display device is configured to display the color coded digital scannable media image; | <br>**How To Set Up The Apple Watch Series 10 With iPhone (Basics)** |
| Establish, via the wireless communication circuitry, the wireless communications link with the mobile device responsive to the mobile device scanning and decoding the color coded displayed digital scannable media; | - The following YouTube video shows how the Apple Watch Series 10 displays a color coded digital scannable media which allows the iPhone 16 to wirelessly connect to the Apple Watch Series 10 via Bluetooth when the iPhone 16 scans the color coded digital scannable media.  The 40 second mark in the video starts the explanation: https://www.youtube.com/watch?v=wBwiVa5ok9s |
| Generate at least one of activity tracking information and bio-metric information; | - The Apple Watch Series 10 software is configured to obtain data from the accelerometer sensor that is disposed within the Apple Watch Series 10 and generates activity tracking data responsive to the accelerometer data (step data, distance data).<br><br>- The Apple Watch Series 10 software is also configured to obtain heart rate sensor data and generate bio-metric information such as heart rate data. |
| Communicate, via the wireless communications link, at least one of the activity tracking information and the bio-metric information to the mobile device; and | - The Apple Watch Series 10 communicates the activity data and the heart rate data to the paired iPhone/mobile device. |



I wouldn't be without an Apple Watch to keep me motivated to move and accountable
(Image credit: Future)

https://www.womanandhome.com/health-wellbeing/apple-watch-series-10-review/

| | |
|---|---|
| The mobile device, wherein the mobile device is comprised of;<br><br>at least one camera sensor, included within the mobile device; | - The iPhone 16 is a mobile device and has one or more camera sensors included withing the iPhone 16.<br><br> |
| at least one processor in signal communication with the at least one camera sensor;<br><br>a display in signal communication with the at least one processor; | - The iPhone 16 has at least one processor (Apple iPhone 16s use the Apple designed A-series microprocessors: https://en.wikipedia.org/wiki/Apple_silicon) in signal communication with the camera sensors that are integrated into the iPhone.  The iPhone has a touch screen display which is in communication with the main processor chip.<br><br><br><br>https://www.youtube.com/watch?v=8qPQ6E6ywvs |
| communication circuitry configured for wireless communication with the wearable activity tracking device; | - The iPhone uses Bluetooth (or Wi-Fi) communications with the Apple Watch (an external wearable activity tracking device) or Wi-FI as seen in the following Apple Support video link: https://www.youtube.com/watch?v=NGa0-VsyuEc |



- The iPhone 16 has wireless communication circuitry configured for **wireless communication with the Apple Watch Series 10 (a wearable activity tracking device).** The following Apple Developer link shows that the Apple Watch Series 10 and the iPhone 16 support two way wireless communication between both devices: https://support.apple.com/en-us/HT204562#:~:text=Your%20Apple%20Watch%20uses%20Wi,the%20most%20power%2Defficient%20connection.

memory, included within the mobile device, associated with one or more processors and configured to store software instructions, which, when executed by the one or more processors, cause the one or more processors to perform operations comprising;

- The iPhone 16 onboard memory is a fixed, solid-state NAND flash storage chip, soldered to the logic board, that stores the operating system, apps, and user data. The iPhone's **processors (A-series SoC)** execute **software instructions** stored in its **onboard memory (NAND + RAM)**, to perform such operations as facilitating the wireless pairing of the Apple Watch to the Apple iPhone 16.



https://www.ifixit.com/Guide/iPhone+16+Chip+ID/177222

Generate, via the mobile device processor, an optical scanning user interface on the mobile device display;

- The iPhone 16 A-Series SoC processor generates an optical scanning user interface on the mobile device which is used for detecting an Apple Watch screen to capture the wireless pairing information required to facilitate bi-directional wireless communication between the iPhone 16 and the Apple Watch Series 10.



https://www.youtube.com/watch?v=NGa0-VsyuEc

Detect, via the at least one mobile device camera sensor and the optical scanning user interface, a color coded digital scannable media from the display included within the wearable activity tracking device, wherein the color coded digital scannable media contains wireless pairing information associated with the wearable activity tracking device;

- The iPhone 16 uses its camera sensors and generates an optical scanning user interface to detect a color coded digital scannable media from the Apple Watch Series 10 display (the external wearable activity tracking device). The color coded digital scannable media contains wireless pairing information associated with the Apple Watch Series 10, which when detected by the iPhone 16 will result in a wireless communication link between the iPhone 16 and the Apple Watch Series 10:



How to pair and set up your Apple Watch | Apple Support

https://www.youtube.com/watch?v=NGa0-VsyuEc

| | |
|---|---|
| Optically obtain, via the at least one mobile device camera sensor, the wireless pairing information from the color coded digital scannable media; | - The iPhone 16 optically obtains wireless pairing information from the color coded digital scannable media that is displayed by the Apple Watch Series 10. Refer to this following Apple Support web page link (https://support.apple.com/en-us/109015) which shows at #3 how to use the iPhone 16 to capture wireless pairing information: |

### 3. Hold your iPhone over the animation

Center the watch face in the viewfinder on your iPhone. Wait for a message to say that your Apple Watch is paired.

If you can't use the camera, or the pairing animation doesn't appear or your iPhone can't read it, tap Pair Apple Watch Manually, then follow the prompts.

| | |
|---|---|
| Process, via the at least one mobile device processor, the wireless pairing information; | - The iPhone 16 processes the wireless pairing information the iPhone 16 obtains from the Apple Watch Series 10 displayed color coded digital scannable media and establishes a wireless (Bluetooth and/or WiFi) communications link with the Apple Watch Series 10 (the external wearable activity tracking device). |
| Establish, via the at least one mobile device processor, a wireless communications link with the wearable activity tracking device responsive to the processing of the wireless pairing information; | - The following link from Apple Support explains how the iPhone 16 processes the information obtained from the Apple Watch Series 10 displayed 'particle cloud' and establishes a wireless communications link with the Apple Watch Series 10: https://support.apple.com/guide/security/system-security-for-watchos-secc7d85209d/web |
| | - "*Pairing Apple Watch with iPhone is secured using an out-of-band process to exchange public keys, followed by the Bluetooth® Low Energy (BLE) link shared secret. Apple Watch displays an animated pattern, which is captured by the camera on iPhone. The pattern contains an encoded secret that's used for BLE 4.1 [or higher] out-of-band pairing. Standard BLE Passkey Entry is used as a fallback pairing method, if necessary.*" |

### Secure pairing with iPhone

Apple Watch can be paired with only one iPhone at a time. When Apple Watch is unpaired, iPhone communicates instructions to erase all content and settings from the watch.

Pairing Apple Watch with iPhone is secured using an out-of-band process to exchange public keys, followed by the Bluetooth® Low Energy (BLE) link shared secret. Apple Watch displays an animated pattern, which is captured by the camera on iPhone. The pattern contains an encoded secret that's used for BLE 4.1 out-of-band pairing. Standard BLE Passkey Entry is used as a fallback pairing method, if necessary.

| | |
|---|---|
| Receive, via the wireless communications link, at least one of activity related information and bio-metric information generated by the wearable activity tracking device; | - The iPhone 16 receives both activity information (the Apple Watch Series 10 user's step data) and bio-metric information (the Apple Watch Series 10 user's heart rate information). The picture below shows an example of how the iPhone 16 receives the step information and heart rate information and displays this information |
| Display, via the mobile device display, at least one of the activity related information and the bio-metric information. | |





| | |
|---|---|
| **Claim 12**: The system of claim 11, wherein the wearable activity tracking device wireless communication circuitry is further configured to establish at least one of a near field communications link, a wide area network communications link, and a personal area network communications link with the mobile device. | - The Apple Watch Series 10 (a wearable activity tracking device) has communication circuitry that is configured to establish both a personal area network (PAN) communications link using BlueTooth with a paired iPhone 16 (a mobile device) and a wide area network (WAN) communications link using Wi-Fi with a paired iPhone 16.  The following Apple Support web link shows how the Apple Watch Series 10 will support either Bluetooth or Wi-Fi based on power efficiency: https://support.apple.com/en-us/109319  |
| **Claim 13**: The system of claim 11, wherein the mobile device is at least one of a smartphone and a tablet device. | - The iPhone 16 series is a smartphone device as advertised by Apple:  https://www.apple.com/iphone/ |
| **Claim 14**: The system of claim 11, wherein the wearable activity tracking device is at least one of a smartwatch device and a wearable health monitoring device. | - The Apple Watch Series 10 is a wearable activity device and a wearable health monitoring device as described above and also seen by the market as a 'smartwatch' device as seen in the following link: *https://www.theverge.com/2024/9/9/24236801/apple-watch-series-10-price-specs-features-release-date*  <br><br>/ The Apple Watch Series 10 is the latest addition to the company's smartwatch line, featuring a larger screen than the Apple Watch Ultra. |
| **Claim 16**: The system of claim 11, wherein the bio-metric information is generated by the wearable activity tracking device from at least one of a blood pressure sensor, a heart rate sensor, a blood glucose sensor, a body fat sensor, and a temperature included within the wearable activity tracking device. | - The Apple Watch Series 10 (wearable activity tracking device) generates activity information from an accelerometer that is included within the Apple Watch.  Refer to the following Apple Support website link which states:  *"If you need both hands while walking, for example to push a stroller, you can still earn Exercise credit with the Workout app. Open the app on your Apple Watch and tap Outdoor Walk. The Activity app relies on arm motion and an accelerometer to track movement, **but the Workout app can use the accelerometer, <u>the heart rate sensor</u>**, and GPS."*  https://support.apple.com/en-us/105002  <br><br>If you need both hands while walking, for example to push a stroller, you can still earn Exercise credit with the Workout app. Open the app on your Apple Watch and tap Outdoor Walk. The Activity app relies on arm motion and an accelerometer to track movement, but the Workout app can use the accelerometer, the heart rate sensor, and GPS. |
| **Claim 17**: The system of claim 11, wherein the color coded digital scannable media displayed by the wearable activity tracking device includes at least one of a QR code, a 2D Matrix code, a 3D barcode, a representation of non-human readable information using colored pixels, a augmented reality marker, a augmented reality image, and a augmented reality code. | - The Apple Watch Series 10 displays a particle cloud image which is a representation of non-human readable information using colored pixels.  See the following YouTube video link showing the Apple Watch Series 10 displaying the non-human readable information:  https://www.youtube.com/watch?v=wBwiVa5ok9s  |
| **Claim 18**: The system of claim 11, wherein the activity related information is generated by the wearable activity tracking device from an accelerometer included within the wearable activity tracking device. | - The Apple Watch Series 10 (wearable activity tracking device) generates activity information from an accelerometer that is included within the Apple Watch.  Refer to the following Apple Support website link which states:  *"If you need both hands while walking, for example to push a stroller, you can still earn Exercise credit with the Workout app. Open the app on your Apple Watch and tap Outdoor Walk. **<u>The Activity app relies on arm motion and an accelerometer to track movement</u>**, but the Workout app can use the accelerometer, the heart rate sensor, and GPS."*  https://support.apple.com/en-us/105002 |