ML,MOTION_REFERRED,PATENT

# U.S. District Court [LIVE]
## Western District of Texas (Austin)
## CIVIL DOCKET FOR CASE #: 1:25–cv–01794–DAE

iScan2D Technologies, LLC v. Apple Inc.
Assigned to: Judge David A. Ezra
Cause: 35:271 Patent Infringement

Date Filed: 11/07/2025
Jury Demand: Plaintiff
Nature of Suit: 830 Patent
Jurisdiction: Federal Question

**Plaintiff**

**iScan2D Technologies, LLC**

represented by **Rene A Vazquez**
Dnl Zito
1250 Connecticut Avenue, NW
Suite 700
Washington, DC 20036
703–989–2244
Email: rvazquez@dnlzito.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Joseph J. Zito**
Dnl Zito
1250 Connecticut Avenue, NW, Ste 700
Washington, DC 20036
202–466–3500
Email: jzito@dnlzito.com
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Apple Inc.**

represented by **Albert M. Suarez , IV**
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue
Suite 2100
Dallas, TX 75201
214–698–3151
Email: asuarez@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Angelle Henderson**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
504–813–3069
Email: ahenderson@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Brian Rosenthal**
Gibson Dunn & Crutcher LLP

200 Park Avenue
New York, NY 10166
(212) 351–2339
Fax: (212) 817–9539
Email: brosenthal@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Danielle Zapata Mills**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10166
212–351–5373
Email: dzapata@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Deron R Dacus**
The Dacus Firm, P.C.
821 ESE Loop 323, Suite 430
Tyler, TX 75701
903/705–1117
Fax: 903/581–2543
Email: ddacus@dacusfirm.com
*ATTORNEY TO BE NOTICED*

**Eliyahu Balsam**
Gibson, Dunn & Crutcher LLP
200 Park Avenue
New York, NY 10169
212–351–5382
Email: ebalsam@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jaysen S. Chung**
Gibson, Dunn & Crutcher LLP
One Embarcadero Center, Suite 2600
San Francisco, CA 94111–3715
415–393–8271
Fax: 415–374–8405
Email: jschung@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Julia G. Tabat**
Gibson, Dunn & Crutcher LLP
2001 Ross Avenue Suite 2100
Dallas, TX 75201
214–288–0909
Email: jtabat@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Katherine Dominguez**
Gibson, Dunn & Crutcher LLP
200 Park Avenue

New York, NY 10166
646–265–9294
Email: kdominguez@gibsondunn.com
*ATTORNEY TO BE NOTICED*

**Nathaniel R. Scharn**
Gibson, Dunn & Crutcher LLP
3161 Michelson Drive
Irvine, CA 92612
(949) 451–3994
Fax: (949) 451–4694
Email: nscharn@gibsondunn.com
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 11/07/2025 | Ï 1 | COMPLAINT ( Filing fee $ 405 receipt number ATXWDC−20952881), filed by iScan2D Technologies, LLC. (Attachments: # 1 Exhibit '123 Patent, # 2 Exhibit '394 Patent, # 3 Exhibit '123 Patent Claim Chart, # 4 Exhibit '394 Patent Claim Chart, # 5 Civil Cover Sheet)(Vazquez, Rene) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 2 | REQUEST FOR ISSUANCE OF SUMMONS by iScan2D Technologies, LLC. (Vazquez, Rene) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 3 | Notice of Filing of Patent/Trademark Form (AO 120). AO 120 forwarded to the Director of the U.S. Patent and Trademark Office. (Vazquez, Rene) (Entered: 11/07/2025) |
| 11/07/2025 | Ï 4 | RULE 7 DISCLOSURE STATEMENT filed by iScan2D Technologies, LLC. (Vazquez, Rene) (Entered: 11/07/2025) |
| 11/07/2025 | Ï | Case assigned to Judge David A. Ezra. CM WILL NOW REFLECT THE JUDGE INITIALS AS PART OF THE CASE NUMBER. PLEASE APPEND THESE JUDGE INITIALS TO THE CASE NUMBER ON EACH DOCUMENT THAT YOU FILE IN THIS CASE. (cr5) (Entered: 11/10/2025) |
| 11/07/2025 | Ï | If ordered by the court, all referrals and consents in this case will be assigned to Magistrate Judge Lane. (cr5) (Entered: 11/10/2025) |
| 11/07/2025 | Ï | DEMAND for Trial by Jury by iScan2D Technologies, LLC. (cr5) (Entered: 11/10/2025) |
| 11/10/2025 | Ï 5 | Summons Issued as to Apple Inc.. (cr5) (Entered: 11/10/2025) |
| 11/18/2025 | Ï 6 | SUMMONS Returned Executed by iScan2D Technologies, LLC. Apple Inc. served on 11/14/2025, answer due 12/5/2025. (Vazquez, Rene) (Entered: 11/18/2025) |
| 11/20/2025 | Ï 7 | NOTICE of Attorney Appearance by Deron R Dacus on behalf of Apple Inc.. Attorney Deron R Dacus added to party Apple Inc.(pty:dft) (Dacus, Deron) (Entered: 11/20/2025) |
| 11/20/2025 | Ï 8 | Unopposed MOTION for Extension of Time to File Answer re 1 Complaint, by Apple Inc.. (Attachments: # 1 Proposed Order)(Dacus, Deron) (Entered: 11/20/2025) |
| 11/21/2025 | Ï | Text Order GRANTING 8 Motion for Extension of Time to Answer. IT IS ORDERED that the deadline for Defendant to answer or otherwise respond to Plaintiff's Complaint is hereby extended up to and including January 19, 2026. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ESlc) (Entered: |

| | | |
|---|---|---|
| | | 11/21/2025) |
| 11/21/2025 | Ï | Reset Answer Deadline: Apple Inc. answer due 1/19/2026. (cc3) (Entered: 11/25/2025) |
| 01/19/2026 | Ï 9 | NOTICE of Attorney Appearance by Brian Rosenthal on behalf of Apple Inc.. Attorney Brian Rosenthal added to party Apple Inc.(pty:dft) (Rosenthal, Brian) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 10 | NOTICE of Attorney Appearance by Katherine Dominguez on behalf of Apple Inc.. Attorney Katherine Dominguez added to party Apple Inc.(pty:dft) (Dominguez, Katherine) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 11 | NOTICE of Attorney Appearance by Julia G. Tabat on behalf of Apple Inc.. Attorney Julia G. Tabat added to party Apple Inc.(pty:dft) (Tabat, Julia) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 12 | MOTION to Appear Pro Hac Vice by Brian Rosenthal *for Jaysen S. Chung* ( Filing fee $ 100 receipt number ATXWDC–21235540) by on behalf of Apple Inc.. (Rosenthal, Brian) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 13 | MOTION to Appear Pro Hac Vice by Brian Rosenthal *for Eli Balsam* ( Filing fee $ 100 receipt number ATXWDC–21235551) by on behalf of Apple Inc.. (Rosenthal, Brian) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 14 | MOTION to Appear Pro Hac Vice by Brian Rosenthal *for Angelle Henderson* ( Filing fee $ 100 receipt number ATXWDC–21235570) by on behalf of Apple Inc.. (Rosenthal, Brian) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 15 | MOTION to Appear Pro Hac Vice by Brian Rosenthal *for Nathaniel Scharn* ( Filing fee $ 100 receipt number ATXWDC–21235578) by on behalf of Apple Inc.. (Rosenthal, Brian) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 16 | MOTION to Appear Pro Hac Vice by Brian Rosenthal *for Danielle Zapata Mills* ( Filing fee $ 100 receipt number ATXWDC–21235584) by on behalf of Apple Inc.. (Rosenthal, Brian) (Entered: 01/19/2026) |
| 01/19/2026 | Ï 17 | MOTION to Dismiss *Under Federal Rule of Civil Procedure 12(b)(6)* by Apple Inc.. (Attachments: # 1 Proposed Order)(Rosenthal, Brian) (Entered: 01/19/2026) |
| 01/20/2026 | Ï 18 | ORDER GRANTING 12 Motion for Jaysen S. Chung to Appear Pro Hac Vice for Apple Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (tgp) (Entered: 01/20/2026) |
| 01/20/2026 | Ï 19 | ORDER GRANTING 13 Motion for Eliyahu Balsam to Appear Pro Hac Vice for Apple Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (tgp) (Entered: 01/20/2026) |
| 01/20/2026 | Ï 20 | ORDER GRANTING 14 Motion for Angelle Henderson to Appear Pro Hac Vice for Apple Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (tgp) (Entered: 01/21/2026) |
| 01/20/2026 | Ï 21 | ORDER GRANTING 15 Motion for Nathaniel R. Scharn to Appear Pro Hac Vice for Apple Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within |

| | | |
|---|---|---|
| | | 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (tgp) (Entered: 01/21/2026) |
| 01/20/2026 | Ï 22 | ORDER GRANTING 16 Motion for Danielle Zapata Mills to Appear Pro Hac Vice for Apple Inc. Pursuant to our Administrative Policies and Procedures for Electronic Filing, the attorney hereby granted to practice pro hac vice in this case must register for electronic filing with our court within 10 days of this order. Registration is managed by the PACER Service Center. Signed by Judge David A. Ezra. (tgp) (Entered: 01/21/2026) |
| 02/02/2026 | Ï 23 | FIRST AMENDED COMPLAINT against Apple Inc. amending 1 Complaint,.., filed by iScan2D Technologies, LLC. (Attachments: # 1 Exhibit A – '123 Patent, # 2 Exhibit B – '394 Patent, # 3 Exhibit C – '123 Patent Claim Chart, # 4 Exhibit D – '394 Patent Claim Chart)(Vazquez, Rene) Modified on 2/3/2026 to clarify text (tgp). (Entered: 02/02/2026) |
| 02/02/2026 | Ï 24 | Response in Opposition to Motion, filed by iScan2D Technologies, LLC, re 17 MOTION to Dismiss *Under Federal Rule of Civil Procedure 12(b)(6)* filed by Defendant Apple Inc. (Vazquez, Rene) (Entered: 02/02/2026) |
| 02/03/2026 | Ï | Text Order DENYING 17 Motion to Dismiss WITHOUT PREJUDICE to refiling in light of 23 Amended Complaint. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ESlc) (Entered: 02/03/2026) |
| 02/17/2026 | Ï 25 | MOTION to Dismiss *Under Federal Rule of Civil Procedure 12(b)(6)* by Apple Inc.. (Attachments: # 1 Proposed Order)(Rosenthal, Brian) (Entered: 02/17/2026) |
| 03/03/2026 | Ï 26 | Response in Opposition to Motion, filed by iScan2D Technologies, LLC, re 25 MOTION to Dismiss *Under Federal Rule of Civil Procedure 12(b)(6)* filed by Defendant Apple Inc. (Vazquez, Rene) (Entered: 03/03/2026) |
| 03/10/2026 | Ï 27 | REPLY to Response to Motion, filed by Apple Inc., re 25 MOTION to Dismiss *Under Federal Rule of Civil Procedure 12(b)(6)* filed by Defendant Apple Inc. (Rosenthal, Brian) (Entered: 03/10/2026) |
| 03/13/2026 | Ï 28 | NOTICE of Attorney Appearance by Albert M. Suarez, IV on behalf of Apple Inc.. Attorney Albert M. Suarez, IV added to party Apple Inc.(pty:dft) (Suarez, Albert) (Entered: 03/13/2026) |
| 03/30/2026 | Ï 29 | Opposed MOTION to Transfer Case by Apple Inc.. (Attachments: # 1 Affidavit of Jaysen Chung In Support Of Motion to Transfer, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 6, # 8 Exhibit 7, # 9 Exhibit 8, # 10 Exhibit 9, # 11 Exhibit 10, # 12 Proposed Order)(Rosenthal, Brian) (SEALED declarations filed with Dkt. # 30 will not be copied into this entry but are considered filed herewith pursuant to W.D. Texas SDS procedures. See 4/13/2026 Text Order granting 30 Motion for Leave to File Sealed Document) Modified on 4/13/2026 (tgp). (Entered: 03/30/2026) |
| 03/30/2026 | Ï 30 | Sealed Motion for Leave to File Under Seal Declarations in Support of Apple's Motion to Transfer Venue filed by Apple Inc. pursuant to W.D. Texas SDS procedures. (tgp) (Entered: 03/30/2026) |
| 04/03/2026 | Ï 31 | Opposed MOTION for Discovery *(Venue−Related)* by iScan2D Technologies, LLC. (Attachments: # 1 Proposed Order)(Vazquez, Rene) (Entered: 04/03/2026) |
| 04/09/2026 | Ï | Text Order REFERRING 31 URGENT Motion for Discovery to United States Magistrate Judge Lane for consideration. Entered by Judge David A. Ezra. (This is a text−only entry generated by the court. There is no document associated with this entry.) (ps) (Entered: 04/09/2026) |
| 04/09/2026 | Ï | MOTION REFERRED: referred 31 Opposed MOTION for Discovery *(Venue−Related)*. Referral Judge: Mark Lane. (tgp) (Entered: 04/09/2026) |
| 04/09/2026 | Ï | |

| | | |
|---|---|---|
| | | Text Order TAKING UNDER ADVISEMENT 31 Motion for Discovery. The court will rule on this motion in due course, after all of the briefing is filed. If the court denies the motion, Plaintiff will have two weeks from that ruling to respond to the motion to transfer. Entered by Judge Mark Lane. (This is a text–only entry generated by the court. There is no document associated with this entry.) (ah) (Entered: 04/09/2026) |
| 04/10/2026 | Ï 32 | Response in Opposition to Motion, filed by Apple Inc., re 31 Opposed MOTION for Discovery *(Venue–Related)* filed by Plaintiff iScan2D Technologies, LLC (Rosenthal, Brian) (Entered: 04/10/2026) |
| 04/13/2026 | Ï | Text Order GRANTING 30 Motion for Leave to File Under Seal. Entered by Judge David A. Ezra. (This is a text–only entry generated by the court. There is no document associated with this entry.) (ESlc) (Entered: 04/13/2026) |
| 04/17/2026 | Ï 33 | REPLY to Response to Motion, filed by iScan2D Technologies, LLC, re 31 Opposed MOTION for Discovery *(Venue–Related)* filed by Plaintiff iScan2D Technologies, LLC (Vazquez, Rene) (Entered: 04/17/2026) |
| 04/28/2026 | Ï 34 | ORDER DENYING 31 Motion for Discovery. Signed by Judge Mark Lane. (tgp) (Entered: 04/28/2026) |
| 05/12/2026 | Ï 35 | Response in Opposition to Motion, filed by iScan2D Technologies, LLC, re 29 Opposed MOTION to Transfer Case filed by Defendant Apple Inc. (Attachments: # 1 Exhibit A – Apple Press Release, # 2 Exhibit B – Wi–Fi NOW Global Article, # 3 Exhibit C – MacRumors Article, # 4 Exhibit D – TSMC Job Listing, # 5 Exhibit E – MYE Tech. Business Directory Listing, # 6 Exhibit F – iScan2D Case Study, # 7 Exhibit G – Yelp Listing for Revelife Fitness Club, # 8 Exhibit H – Apple Press Release, # 9 Exhibit I – Alexander Legere LinkedIn Profile, # 10 Exhibit J – Amir Safaei LinkedIn Profile, # 11 Exhibit K – Kishan Patel LinkedIn Profile, # 12 Exhibit L – Apple Platform Security Guide)(Vazquez, Rene) (Entered: 05/12/2026) |
| 05/19/2026 | Ï 36 | REPLY to Response to Motion, filed by Apple Inc., re 29 Opposed MOTION to Transfer Case filed by Defendant Apple Inc. (Rosenthal, Brian) (Entered: 05/19/2026) |
| 07/30/2026 | Ï 37 | Sealed Order. Signed by Judge David A. Ezra. (tgp) (Entered: 07/30/2026) |